UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY

**ENTERED**

MAR 2 9 2022

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                     Deputy Clerk

In re: Arya's Vintage Closet LLC

**FILED**

MAR 2 9 2022

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                     Deputy Clerk

CASE NO.: 8:22-bk-10392-TA

CHAPTER: 11

**ORDER REASSIGNING BANKRUPTCY CASE TO JUDGE (by mutual consent)**

☐ WITHIN DIVISION TRANSFER

☒ WITHIN DISTRICT TRANSFER

Debtor(s).

It appearing that the above-captioned case is properly transferable in accordance with the provisions of General Order 11-01,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge

Vincent P. Zurzolo _____ [name to be inserted by the judge] for all further proceedings.

☐ **Within Division Transfer**

The bankruptcy case number will remain the same. However, the judge's initials must be changed to

_____ [initials to be inserted by the judge] on all documents filed with the court.

☐ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

☒ **Within District Transfer**

The new bankruptcy case number is _____ [will be issued by the Clerk's Office after the order is signed].

☐ All adversary proceeding(s) to be transferred and new adversary proceeding case numbers will

be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

Date: 3/25/22

_____
UNITED STATES BANKRUPTCY JUDGE

The undersigned Bankruptcy Judge hereby consents to the transfer of the above-captioned bankruptcy case

to him/her.

Date: 3/29/22

_____
UNITED STATES BANKRUPTCY JUDGE